Before the United States Judicial Panel on Multidistrict Litigation
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Donald Craig Goldson

Civil Case #   1:18-cv-00122

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Donald Craig Goldson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Hawaii

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Hawaii

6. Plaintiff's/Deceased Party's current state of residence:

   Hawaii

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, District of Hawaii

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 7 to 28

   b. Other allegations of jurisdiction and venue:

   Not applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

　　☐　　Günther Tulip® Vena Cava Filter

　　☒　　Cook Celect® Vena Cava Filter

　　☐　　Gunther Tulip Mreye

　　☐　　Cook Celect Platinum

　　☐　　Other: _____

11. Date of Implantation as to each product:

　　On or about 07/15/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

　　Hawaii Medical Center West, Ewa Beach, HI

13. Implanting Physician(s):

　　Dr. Chuong Nguyen, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

　　☒　　Count I:　　Strict Products Liability – Failure to Warn

　　☒　　Count II:　　Strict Products Liability – Design Defect

　　☒　　Count III:　　Negligence

　　☒　　Count IV:　　Negligence Per Se

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable __Hawaii__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Barry D. J. Levy, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Ohio Reg # 0018986

O'Connor, Acciani & Levy LPA, 600 Vine Street, Suite 1600, Cincinnati, OH 45202

(T) 513-241-7111    (F) 513-241-7197    (Email) bdl@oal-law.com

        Respectfully Submitted,
        **O'CONNOR, ACCIANI & LEVY LPA**

        */s/ Barry D. Levy*
        Barry D. J. Levy – OH Reg #0018986
        Attorney for Plaintiff(s)
        600 Vine Street
        Suite 1600
        Cincinnati, Ohio 45202
        Telephone: 513-241-7111
        Facsimile: 513-241-7197
        Email: BDL@oal-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Short Form Complaint was served electronically upon Defendants' counsel at CookIVCFMDL@woodmclaw.com, per MDL 2570 Case Management Order No. 6. this 15th day of January, 2018.

        */s/ Barry D. Levy*
        Barry D. J. Levy – OH Reg #0018986
        Attorney for Plaintiff(s)